THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| MARLON A. SMITH,<br><br>                    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Respondent. | **MEMORANDUM DECISION AND ORDER DENYING APPLICATION TO PROCEED WITHOUT PREPAYING FEES OR COSTS**<br><br>Case No. 2:21-cv-00081-DN<br><br>District Judge David Nuffer |

Petitioner seeks leave to appeal *in forma pauperis*[1] the judgment denying and dismissing his § 2255 Motion.[2]

"An appeal may not be taken in forma pauperis if the trial court certifies in writing that it is not taken in good faith."[3] Additionally, under 28 U.S.C. § 1915(a)(2), a prisoner seeking to appeal a civil action *in forma pauperis* must include a certified copy of his prison trust fund account statement or the institutional equivalent.[4]

Petitioner was denied a certificate of appealability regarding his § 2255 Motion.[5] There is no reasonable basis for any alleged error in Petitioner's appeal, and his appeal presents no

---

[1] Application to Proceed Without Prepayment of Fees and Affidavit ("Application"), docket no. 28, filed under seal Oct. 29, 2021; Notice of Appeal, docket no. 27, filed Oct. 29, 2021.

[2] Memorandum Decision and Order Denying Smith's Amended 28 U.S.C. § 2255 Motion, docket no. 22, filed August 13, 2021 (as amended, docket no. 26, filed October 5, 2021); Judgement in a Civil Case, docket no. 23, filed September 14, 2021).

[3] 28 U.S.C. § 1915(a)(3).

[4] 28 U.S.C. § 1915(a)(2).

[5] Memorandum Decision and Order Denying Smith's Amended 28 U.S.C. § 2255 Motion, docket no. 22, filed August 13, 2021 (as amended, docket no. 26, filed October 5, 2021).

substantial question for review. Therefore, it is certified that Petitioner's appeal is not taken in good faith. Furthermore, Petitioner did not attach a copy of his prison trust fund account statement to his application.

IT IS HEREBY ORDERED that Petitioner's Application[6] is DENIED.

Signed this 9th day of November, 2021.

BY THE COURT

David Nuffer
United States District Judge

---

[6] Docket no. 28, filed under seal Oct. 29, 2021